# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| JOHN J. DOUGHERTY, | : No. 25 EAL 2016 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Superior Court |
| v. | : |
| | : |
| PHILADELPHIA NEWSPAPERS, L.L.C., | : |
| HAROLD JACKSON, PAUL DAVIS, | : |
| DAVID BOYER, RUSSELL COOKE, | : |
| MELANIE BURNEY, TONY AUTH, AND | : |
| MONICA YANT KINNEY, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 17th day of August, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justices Baer, Todd and Dougherty did not participate in the consideration or decision of this matter.